PEOPLE *ex rel.* SUTLIFF *v.* BOARD OF SUP'RS OF FULTON COUNTY.

*(Supreme Court, General Term, Third Department.* September 29, 1892.)

BOARD OF SUPERVISORS—RETURN TO CERTIORARI—STATEMENT OF FEES DEMANDED.
Where a board of supervisors refuses to make a return to a writ of *certiorari* until the fees for preparing the same are paid, it should state the amount of fees demanded, as measured by Code Civil Proc. § 2135.

Motion for rehearing. Denied. For decision on appeal, see 19 N. Y. Supp. 773.

PER CURIAM. Motion for reargument, on ground that section 3280 of the Code of Civil Procedure, and section 1 of chapter 63 of the Laws of 1886, were overlooked or misapprehended. The laws in question were not overlooked or misapprehended. This proceeding is against the board of supervisors as a board or body, and not against the individual supervisors of Fulton county. The defendant is to make a return as a board. The individual members are not to make a return of their separate, individual actions. Hence we think the laws referred to are not applicable to the question involved in this case. The defendant should state the amount of fees demanded, measured by section 2135 of the Code, and the order heretofore entered may be so modified as to require the defendant, within 10 days after the entry thereof, to serve upon the relator's attorney a bill of items of the fees claimed by it, properly verified, which, if disputed by the relator, may be taxed before a judge of this court or at a special term thereof, upon notice by either party, and that, upon the payment thereof if not disputed, or as taxed by such judge or court, then the defendant forthwith file its return. Motion for reargument denied. Order modified, as per memorandum, without costs.